United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15354-elf
Richard P. Stankiewicz                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: May 28, 2019
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db            +Richard P. Stankiewicz,    351 Blair Avenue,    Reading, PA 19601-1925
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
          JEROME B. BLANK   on behalf of Creditor   Deutsche Bank National Trust Company, Et.al.
           paeb@fedphe.com
          JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Richard P. Stankiewicz NOlJTB@juno.com
          KEVIN G. MCDONALD   on behalf of Creditor   Wells Fargo Bank N.A. bkgroup@kmllawgroup.com
          MARIO J. HANYON   on behalf of Creditor   Deutsche Bank National Trust Company, Et.al.
           paeb@fedphe.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Deutsche Bank National Trust Company, Et.al.
           paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: RICHARD P. STANKIEWICZ | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| SANTANDER CONSUMER USA INC. | ) | CASE NO. 18-15354-REF |
| **Moving Party** | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| RICHARD P. STANKIEWICZ | ) | HEARING DATE: **4-18-19 at 9:30 AM** |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT WATERMAN | ) | |
| **Trustee** | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about May 22, 2019 in the above matter (Doc. # 28) is **APPROVED**.


Dated:  5/28/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**