IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: RICHARD P. STANKIEWICZ    ) | |
| **Debtor(s)**    ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC.    ) | CASE NO. 18-15354-ELF |
| **Moving Party**    ) | |
| v.    ) | 11 U.S.C. 362 |
| ) | |
| RICHARD P. STANKIEWICZ    ) | |
| **Respondent(s)**    ) | |
| ) | |
| SCOTT WATERMAN    ) | |
| **Trustee**    ) | |
| ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2010 Dodge Charger** bearing vehicle identification number 2B3CA8CTXAH280412 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  9/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**