UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
RICHARD P. STANKIEWICZ : Bankruptcy No. 18-15354ELF
:
Debtor(s) : Chapter 13

## ORDER

AND NOW, upon consideration of the Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: 9/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**