United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard P. Stankiewicz  
    Debtor

Case No. 18-15354-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Antoinett    Page 1 of 1    Date Rcvd: Sep 26, 2019  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2019.  
db         +Richard P. Stankiewicz,    351 Blair Avenue,    Reading, PA 19601-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:  
       JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, Et.al. paeb@fedphe.com  
       JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Richard P. Stankiewicz NO1JTB@juno.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank N.A. bkgroup@kmllawgroup.com  
       MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, Et.al. paeb@fedphe.com  
       ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, Et.al. paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                           TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: RICHARD P. STANKIEWICZ ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 18-15354-ELF |
| **Moving Party** ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| RICHARD P. STANKIEWICZ ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |
| ) | |
| _____ ) | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2010 Dodge Charger** bearing vehicle identification number 2B3CA8CTXAH280412 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 9/26/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**