United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15354-elf
Richard P. Stankiewicz                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Antoinett        Page 1 of 2        Date Rcvd: Sep 26, 2019
                            Form ID: pdf900        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
```
db          +Richard P. Stankiewicz,   351 Blair Avenue,   Reading, PA 19601-1925
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14202230     Berks County Tax Claim Bureau,   633 Court St 2nd Fl Svc Ctr,   Reading Pa 19601
14180491    +Carrington,   PO Box 5001,   Westfield, IN 46074-5001
14207519     DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al.,   OCWEN LOAN SERVICING, LLC,
              Bankruptcy Department, P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
14183607     Deutsche Bank National Trust Co,   c/o Jerome Blank, Esq.,   1617 JFK Boulevard, Ste 1400,
              One Penn Center Plaza,   Philadelphia, PA 19103
14180494     Ocwon,   PO Box 24738,   West Palm Beach, FL 33416-4738
14180495    +Santander,   PO Box 660633,   Dallas, TX 75266-0633
14191584    +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14181886    +Wells Fargo Bank N.A.,   KML Law Group, P.C.,   701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541
14216911    +Wells Fargo Bank, N.a., as Trustee, et al,   c/o Carrington Mortgage Services, LLC,
              1600 South Douglass Road,   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 03:07:10
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2019 03:07:32      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14180492     E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2019 03:13:32     Credit One Bank,
              PO Box 60500,   City of Industry, CA 91716-0500
14213978     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 03:13:31
              LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
              FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14200985     E-mail/Text: bkr@cardworks.com Sep 27 2019 03:06:56     MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14180493     E-mail/Text: bkr@cardworks.com Sep 27 2019 03:06:56     Merrick Bank,   PO Box 660702,
              Dallas, TX 75266-0702
14211560    +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 27 2019 03:07:28     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
```
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, Et.al.
           paeb@fedphe.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Richard P. Stankiewicz NO1JTB@juno.com
          KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank N.A. bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, Et.al.
           paeb@fedphe.com
```

```
District/off: 0313-4          User: Antoinett            Page 2 of 2                  Date Rcvd: Sep 26, 2019
                              Form ID: pdf900            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, Et.al.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
   RICHARD P. STANKIEWICZ            : Bankruptcy No. 18-15354ELF
                                                :
       Debtor(s)                  : Chapter 13

## ORDER

AND NOW, upon consideration of the Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: 9/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**